## ANAVEX LIFE SCIENCES CORP. (NASDAQ: AVXL)
## CERTIFICATION PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Kenneth Downing, declare that:

1. I have reviewed the facts and allegations of the complaint against Anavex Life Sciences Corp. ("Anavex"), and I authorize the filing thereof.

2. I did not purchase or acquire Anavex securities at the direction of my counsel, nor in order to participate in any private action under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary. I understand that this is not a claim form, and that my ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4. My transactions in Anavex securities during the proposed Class Period of June 21, 2021, through and including January 1, 2024, are attached hereto in Schedule A. I have complete authority to bring a suit to recover for investment losses for all securities set forth in Schedule A.

5. (a) During the three (3) year period preceding the date on which this certification is signed, I have sought to serve as a representative party on behalf of a class under the United States federal securities laws in the following action:

> *Cement Masons' and Plasterers' Local No. 502 Pension Fund v. InMode Ltd., et al.*, Case No. 2:24-cv-01219 (C.D. Cal.)

(b) I have not been appointed to serve as a representative party on behalf of a class under the United States federal securities laws during the three (3) year period preceding the date on which this certification is signed.

6. I have not accepted and will not accept any payment for serving as a representative party on behalf of the class beyond my *pro rata* share of any recovery, except for any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class, as ordered by the Court.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct as of 5/7/2024.

DocuSigned by:

*kenneth Downing*
—2C22408CCD934CC...
Kenneth Downing

## Schedule A

| | | | | |
|---|---|---|---|---|
| **Transactions of Kenneth Downing** <br> **in Anavex Life Sciences Corp. (AVXL)** <br> **(June 21, 2021, through January 1, 2024)** | | | | |
| **Date** | **Transaction** | **Security** | **Shares** | **Price** |
| 06/21/21 | Sell | AVXL | (1,414) | $25.4098 |
| 06/21/21 | Sell | AVXL | (400) | $25.4098 |
| 06/21/21 | Sell | AVXL | (186) | $25.4097 |
| 07/20/21 | Buy | AVXL | 2,000 | $21.0650 |
| 07/29/21 | Buy | AVXL | 1,000 | $19.6647 |
| 07/29/21 | Buy | AVXL | 100 | $19.2550 |
| 07/29/21 | Buy | AVXL | 400 | $19.1350 |
| 08/02/21 | Buy | AVXL | 500 | $18.4500 |
| 08/30/21 | Buy | AVXL | 1,000 | $18.5190 |
| 09/09/21 | Buy | AVXL | 2,000 | $19.1800 |
| 09/15/21 | Buy | AVXL | 3,000 | $17.0262 |
| 09/20/21 | Buy | AVXL | 2,000 | $16.8981 |
| 01/14/22 | Buy | AVXL | 7,600 | $13.9000 |
| 01/14/22 | Buy | AVXL | 600 | $13.8900 |
| 01/14/22 | Buy | AVXL | 73 | $13.8800 |
| 01/14/22 | Buy | AVXL | 1,676 | $13.8700 |
| 01/14/22 | Buy | AVXL | 51 | $13.8600 |
| 10/05/22 | Buy | AVXL | 1,000 | $10.7400 |
| 11/11/22 | Sell | AVXL | (914) | $14.3573 |
| 11/11/22 | Sell | AVXL | (86) | $14.3573 |
| 11/21/23 | Buy | AVXL | 1,000 | $6.8900 |