# United States District Court
## for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

Kenneth Downing, et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:24-cv-03529 |
| Anavex Life Sciences Corporation and Christopher U. Missling | |
| Defendant | |

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

Jonathan Blum, et al.

| Plaintiff | Case Number |
|---|---|
| vs. | 1:24-cv-01910-CM |
| Anavex Life Sciences Corporation and Christopher U. Missling | |
| Defendant | |

**Status of Earlier Filed Case:**

☐ Closed — (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open — (If so, set forth procedural status and summarize any court rulings.)

The Earlier Filed Case is a class action pursuant to federal securities laws. On May 13, 2024, investors may file motions to be appointed lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995. On April 8, 2024, the Court entered an Order staying deadlines to respond to the complaint pending any resolution of motion(s) to be appointed lead plaintiff.

**Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.**

The newly filed case and the earlier filed case present similar factual and legal issues, as they both involve the same subject matter and present the same legal issues. Both cases allege violations of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), against identical defendants, present the same or similar theories for recovery, and are based on the same allegedly wrongful course of conduct. Specifically, each case asserts that the same defendants made materially false and misleading statements or omissions regarding the primary and secondary endpoints by which Anavex Life Sciences Corporation evaluated its lead product candidate, blarcamesine (ANAVEX 2-73), as a treatment for Rett syndrome, both in adults and children, in Anavex's clinical trials. Finally, both cases present virtually identical factual and legal issues during substantially overlapping class periods.

Signature: /s/ Radha Nagamani Raghavan     Date: 5/9/2024

Firm: Berger Montague PC