UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KENNETH DOWNING, Individually and on behalf of All Others Similarly Situated,

      Plaintiff,

-vs.-

ANAVEX LIFE SCIENCES CORPORATION and CHRISTOPHER U. MISSLING,

      Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:24-cv-03529-CM

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Anavex Life Sciences Corporation, by its attorneys K&L Gates LLP, hereby discloses and certifies as follows:

Anavex Life Sciences Corporation has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: August 23, 2024

Respectfully submitted,

*/s/ Theodore L. Kornobis*
Theodore L. Kornobis
Stephen G. Topetzes (*pro hac vice* pending)
**K&L Gates LLP**
1601 K Street NW
Washington, DC 20006-1600
Phone: (202) 778-9000
Email: ted.kornobis@klgates.com
       stephen.topetzes@klgates.com

*Attorneys for Defendant Anavex Life Sciences Corporation and Christopher U. Missling*

319897561.1