**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENNETH DOWNING, Individually and on behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANAVEX LIFE SCIENCES CORPORATION and CHRISTOPHER U. MISSLING,<br><br>Defendants | Case No. 1:24-cv-03529-CM<br><br>CLASS ACTION |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kenneth Downing hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants. No defendant has answered or filed a motion for summary judgment.

Dated: September 12, 2024

Respectfully submitted,

*/s/ Radha Nagamani Raghavan*

Radha Nagamani Raghavan (Bar No. 5753140)
Michael Dell'Angelo
Andrew Abramowitz
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
Email: rraghavan@bm.net
mdellangelo@bm.net
aabramowitz@bm.net

*Counsel for Plaintiff*

Brian Schall
Rina Restaino
Brian England

**SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Tel: (310) 301-3335
Email: brian@schallfirm.com
rina@schallfirm.com
briane@schallfirm.com

*Additional Counsel for Plaintiff*